Dismissed and Memorandum Opinion filed December 20, 2007








Dismissed
and Memorandum Opinion filed December 20, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00864-CV

____________

 

TABITHA GACHIENGU, Appellant

 

V.

 

DISCOVER BANK, Appellee

 



 

On Appeal from the County Civil
Court at Law No. 3

Harris County, Texas

Trial Court Cause No.
864148

 



 

M E M O R
A N D U M   O P I N I O N

This
appeal is from a judgment signed May 16, 2007.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  








On
November 13, 2007, notification was transmitted to all parties of the Court=s intent to dismiss the appeal for
want of prosecution unless, within fifteen days, appellant paid or made
arrangements to pay for the record and provided this court with proof of
payment.  See Tex. R. App. P.
37.3(b).

Appellant
has not provided this court with proof of payment for the record. Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 20, 2007.

Panel consists of Justices Fowler, Frost, and Seymore.